[No. 44840-8-II.   Division Two.   December 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW STEELE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-05225-9, James R. Orlando, J., entered April 30, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 44843-2-II.   Division Two.   December 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE COLE HUNOTTE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-00391-2, Vicki L. Hogan, J., entered May 3, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 44867-0-II.   Division Two.   December 2, 2014.]

THE ESTATE OF LOUISE G. LOVEKIN, *Respondent*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-00387-0, Rebekah Zinn, J. Pro Tem., entered April 15, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 44892-1-II.   Division Two.   December 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON DUKES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00172-5, Linda CJ Lee, J., entered April 19, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.